

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00274-CV

Adolfo F. **RODRIGUEZ**,
Appellant

v.

**CITY OF POTEET**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 11-07-0736-CVA
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee City of Poteet recover its costs of this appeal from appellant Adolfo Rodriguez.

SIGNED February 26, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice